**FILED & ENTERED**

**JUN 28 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>Michael Dermont Hill and Regina Delorse Hill,<br><br>Debtor(s). | Case No: 2:14-bk-25039-NB<br>Chapter: 13<br><br>**ORDER TO APPEAR AND SHOW CAUSE WHY THE COURT SHOULD NOT SANCTION DEBTORS AND THEIR ATTORNEY FOR NON-APPEARANCE**<br><br>Hearing:<br>Date: June 28, 2018<br>Time: 8:30 a.m.<br>Place: Courtroom 1545<br>         255 E. Temple Street<br>         Los Angeles, CA 90012<br><br>**OSC Hearing**:<br>Date: August 2, 2018<br>Time: 8:30 a.m.<br>Place: Courtroom 1545<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

On June 22, 2018 this Court issued an order (dkt. 100, the "Order Setting Hearing") setting debtors' motion to incur debt (dkt. 96) for hearing at the date, time and place set forth above, whereby debtors were directed to appear and address the issues raised therein. No appearances were made at that hearing by debtor, their attorney of record, or any other persons on behalf of debtors. For the foregoing reasons, and for the reasons stated on the record, and with good cause appearing, it is hereby

ORDERED that <u>both of the debtors</u> (unless one of them is excused by a subsequent order of this Court) and their bankruptcy attorney Daniel King, Esq. must appear **AT THE DATE AND TIME SET FORTH ABOVE** and show cause why this Court should not sanction each of them for non-appearance in violation of this Court's Order Setting Hearing, pursuant to 11 U.S.C. § 105(a), Rule 9011(b) (Fed. R. Bankr. P.), this Court's inherent authority or under any other applicable law or rule, and it is further

ORDERED that any written response to this Order to Show Cause ("OSC") must be filed and served on the chapter 13 trustee **NO LATER THAN JULY 12, 2018**. Filed responses will not excuse appearances at the above-captioned OSC Hearing.

###

Date: June 28, 2018

*Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge