FILED & ENTERED

AUG 06 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

Michael Dermont Hill and Regina Delorse Hill,

Debtor(s).

Case No: 2:14-bk-25039-NB

Chapter: 13

**ORDER VACATING THIS COURT'S PRIOR ORDER [DOCKET NO. 98] LINKED TO THE MOTION TO INCUR DEBT (BUT CAPTIONED AS AN ORDER GRANTING A MOTION TO MODIFY PLAN) [DOCKET NO. 96]**

Hearing:
Date: August 2, 2018
Time: 8:30 a.m.
Place: Courtroom 1545
       255 E. Temple Street
       Los Angeles, CA 90012

On June 22, 2018 this Court issued an Order (dkt. 100) setting a hearing on the debtors' motion for authority to incur debt (dkt. 96, the "Motion to Incur Debt") and requiring the debtors to appear (through their attorney) and explain (1) whether they could afford to make the vehicle payments without modifying their confirmed chapter 13 plan, (2) if, alternatively, they would be filing a motion to modify that plan, (3) if they can afford the payments, how it is that they have that much disposable income, and (4) why it is appropriate for these debtors in bankruptcy to purchase a vehicle for over $80,000.  No appearances were made by the debtors or their counsel at that hearing.

- 1 -

On June 28, 2018 this Court issued (1) an Order (dkt. 103, the "OSC") to show cause why this Court should not sanction debtors and their attorney for non-appearance at the June 28, 2018 hearing, and directing each of the debtors individually (and their attorney of record) to appear at a hearing on the OSC, and (2) an Order continuing the hearing on the Motion to Incur Debt (dkt. 105, the "Order Continuing Hearing"), directing for each of the debtors to file a declaration addressing the issues listed above.  This Court's tentative ruling, posted prior to the hearing (and available at www.cacb.uscourts.gov) was to vacate this Court's Prior Order linked to the Motion to Incur Debt (but incorrectly captioned as an order granting a motion to modify) (dkt. 98).

At the continued hearing on the Motion to Incur Debt, counsel for the debtors appeared.  The individual debtors failed to make an appearance, in violation of the OSC.  Good cause appearing, it is hereby

ORDERED that this Court's Prior Order linked to the Motion to Incur Debt (but incorrectly captioned as an order granting a motion to modify) (dkt. 98) is VACATED.

###

Date: August 6, 2018

Neil W. Bason
United States Bankruptcy Judge