FILED & ENTERED

AUG 06 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Michael Dermont Hill and Regina Delorse Hill,<br><br>Debtor(s). | Case No: 2:14-bk-25039-NB<br><br>Chapter: 13<br><br>**ORDER DISMISSING CASE WITH 180-DAY BAR PURSUANT TO 11 U.S.C. § 109(g)(1)**<br><br>Hearing:<br>Date: August 2, 2018<br>Time: 8:30 a.m.<br>Place: Courtroom 1545<br>      255 E. Temple Street<br>      Los Angeles, CA 90012 |

At the date, time and place set forth above, this Court held a hearing on its Order to show cause why this Court should not sanction the debtors and their attorney for non-appearance at the June 28, 2018 hearing (dkt. 103) (the "OSC"). The OSC was served on both debtors and directed them to appear. Dkt. 106. This Court's tentative ruling posted prior to the hearing (and available at www.cacb.uscourts.gov) was to dismiss this case, with a bar against being a debtor for a period of 180 days, (a) for willful failure of the debtors to abide by this Court's Prior Order (dkt. 100) to address this Court's concerns regarding a motion to incur debt for a vehicle (dkt. 96) and alternatively (b) for willful failure of the debtors to appear in proper prosecution of this case. The individual debtors failed to make an appearance, in violation of the OSC, and failed to file any declarations as required by the

Order (dkt. 105) continuing the hearing on the debtors' motion to incur debt. Counsel for the debtors appeared at the above-captioned hearing and stated on that record that the debtors may have misunderstood this Court's order, but this Court was not persuaded that there was any ambiguity in those orders. For the foregoing reasons, and with good cause appearing, it is hereby ORDERED that

1) This bankruptcy case is DISMISSED.

2) The debtors are barred from being debtors in any bankruptcy case for a period of 180 days, for (a) willful failure to abide by orders of this Court and alternatively (b) for willful failure to appear in proper prosecution of this case, all as described above. See 11 U.S.C. § 109(g)(1).

3) Any discharge entered in this case is vacated. This Court retains jurisdiction to the extent provided by LBR 1017-2(f).

4) All relief from stay motions that seek annulment or *in rem* relief are not moot. All other pending motions and adversary proceedings in this case are typically moot and are deemed dismissed, unless an objection is filed within 28 days after the entry of this order and self-calendared for hearing.

### 

Date: August 6, 2018

Neil W. Bason
United States Bankruptcy Judge