| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Thomas B. Ure<br>Ure Law Firm<br>800 West 6th Street, Suite 940<br>Los Angeles, CA  90017<br>213-202-6070 Fax: 213-202-6075<br>SBN 170492<br>tom@urelawfirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor(s) | **FILED & ENTERED**<br><br>NOV 30 2018<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** ghaltchi    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** *LOS ANGELES* **DIVISION**

| In re: | CASE NO.:  2:14-bk-25039-NB |
|---|---|
| | CHAPTER: 13 |
| MICHAEL DERMONT HILL<br>REGINA DELROSE HILL | **ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>     **[LBR 9075-1(b)]** |
| Debtor(s). | |
| **Movant** (*name*): MICHAEL DERMONT HILL and REGINA DELROSE HILL | |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*:  NOTICE OF MOTION AND MOTION TO VACATE ORDER OF DISMISSAL ENTERED AUGUST 6, 2018 AND TO REINSTATE THE CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DEBTOR REGINA HILL IN SUPPORT THEREOF.

    b. *Date of filing of motion:* 11/29/2018

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: 11/29/2018

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                Page 1                                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** 12/4/18<br>**Time:** 10:00 a.m.<br>**Courtroom:** 1545 | Place:<br>☒ **255 East Temple Street, Los Angeles, CA 90012**<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed: N/A

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using the methods set forth below: ☐ ~~one of the methods checked~~    ☐ ~~all of the methods checked~~

~~(A) ☐ Personal Delivery    ☐ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☐ Email*~~

(B) *Deadlines for **RECEIPT** of Expedited Service – i.e., overnight mail, personal delivery, facismilie\*, email\*, or Notice of Electronic Filing ("NEF"):*
Date: 12/3/18

Time: 11:00 a.m.

*Deadline to **DEPOSIT** first class U.S. mail for service on all other creditors:*

Date: 11/30/18

Time: Prior to collection time for that mailbox

(C) *Persons/entities to be served with written notice and a copy of this order:*
**Parties to be served via Expedited Service:** Foreclosing creditor, foreclosure trustee, Chapter 13 Trustee.
**IN ADDITION, SUCH PARTIES MUST BE SERVED VIA EMAIL TODAY**

**All other creditors**: must be served via first class U.S. mail

☐ See attached page

(D) S*ervice is also required upon*:
-- United States trustee *(electronic service is not permitted)*
~~-- Judge's copy personally delivered to chambers *(see Court Manual for address)*~~

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 2     **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ ~~one of the methods checked~~ ☐ ~~all of the methods checked~~ Same as above

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

(7) ☒ Other requirements:

No later than December 3, 2018 at noon Debtors must file, and serve on the foreclosing creditor and the Chapter 13 Trustee, their declarations explaining (1) whether, during the time that their bankruptcy case has been dismissed, they have purchased or leased a vehicle and, more generally, (2) whether they have made any single expenditure or incurred any aggregate debts greater than $5,000.  If so, they must provide full disclosure regarding such transactions.  Their declarations also must describe (3) whether they continue to use the vehicles they were using prior to dismissal; (4) what transportation arrangements they have; (5) whether they can afford to make the vehicle payments without modifying the chapter 13 plan; (6) if they cannot afford to make the vehicle payments, whether a motion to modify the plan will be filed; (7) if they can afford the payments, how it is that they have that much disposable income; (8) why it is appropriate for debtors in bankruptcy to purchase a vehicle for approximately $50,000.00; and (9) why they did not seek relief from dismissal until the eve of foreclosure.

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above~~, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

| ☐ at least 2 days before the hearing. |
| ☒ no later than:    Date: 11/30/18    Time: 5:00 p.m. |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: November 30, 2018

_Neil W. Bason_
Neil W. Bason
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 3    F 9075-1.1.ORDER.SHORT.NOTICE