Ure Law Firm, A.P.C.
800 West 6th Street, Suite 940
Los Angeles, CA 90017
Telephone: 213-202-6070
Facsimile: 213-202-6075

Thomas B. Ure, State Bar No. 170492
tom@urelawfirm.com

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>MICAHEL DERMONT HILL<br>REGINA DELORSE HILL,<br><br>    Debtors. | Case No.: 2:14-bk-25039-NB<br><br>CHAPTER 13<br><br>PROOF OF SERVICE REGARDING<br>(1) NOTICE OF HEARING;<br>(2) ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE; AND<br>(3) NOTICE OF MOTION AND MOTION TO VACATE ORDER OF DISMISSAL ENTERED AUGUST 6, 2018 AND TO REINSTATE THE CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DEBTOR REGINA HILL IN SUPPORT THEREOF<br><br>Hearing:<br>DATE:    December 4, 2018<br>TIME:    10:00am<br>PLACE:   255 E Temple Street<br>         Courtroom 1545<br>         Los Angeles, CA 90017 |

## DECLARATION OF YOLANDA SEGURA

I, Yolanda Segura, declare:

I know the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief and as to those facts I believe them to be true. I could and would competently testify under oath to the truthfulness of the following facts:

1. I am an employee of Ure Law Firm.

2. On November 30, 2018 at approximately 11:46 a.m., I sent a email to the foreclosure trustee, Clear Recon Corp. at cfowler@aldridgepite.com which contained attachment the following documents:

    a. Notice of Hearing on Debtor's Notice of Motion and Motion to Vacate Order of Dismissal Entered August 6, 2018 and to Reinstate the Case;

    b. Order Granting Application and Setting Hearing on Shortened Notice;

    c. Notice of Motion and Motion to Vacate Order of Dismissal Entered August 6, 2018 and to Reinstate the Case.

3. On November 30, 2018 at approximately 11:51 a.m., I sent a email to the Chapter 13 Trustee, Kathy A. Dockery, at agill@latrustee.com which contained attachment the following documents:

    a. Notice of Hearing on Debtor's Notice of Motion and Motion to Vacate Order of Dismissal Entered August 6, 2018 and to Reinstate the Case;

    b. Order Granting Application and Setting Hearing on Shortened Notice;

    c. Notice of Motion and Motion to Vacate Order of Dismissal Entered August 6, 2018 and to Reinstate the Case.

4. On November 30, 2018 at approximately 11:54 a.m., I sent a email to the foreclosing creditor, Bayview Loan Servicing, LLC, at egs2@ix.netcom.com which contained attachment the following documents:

    a. Notice of Hearing on Debtor's Notice of Motion and Motion to Vacate Order of Dismissal Entered August 6, 2018 and to Reinstate the Case;

    b. Order Granting Application and Setting Hearing on Shortened Notice;

1          c.       Notice of Motion and Motion to Vacate Order of Dismissal Entered August 6, 2018 and to Reinstate the Case.

5. On November 30, 2018, I served the attached marked hereto Exhibit A, persons and/or entities by United States First Class Mail the following documents:

     a.      Notice of Hearing on Debtor's Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate;

     b.      Order Granting Application and Setting Hearing on Shortened Notice;

     c.      Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge. Executed at Los Angeles, California on this 30th day of November, 2018.

Yolanda Segura
Employee of Ure Law Firm

**EXHIBIT A**

BAYVIEW LOAN SERVICING, LLC, servicing agent
c/o EDWARD G. SCHLOSS
3637 Motor Avenue, Suite 220
Los Angeles, CA 90034-4884

Bayview Loan Servicing LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, FL 33146-1837

Exeter Finance Corp.
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

SRP 2012-4, LLC, its assignees and/or succes
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Advanced Endoscopy and Pain Center
PO Box 116537
Atlanta, GA 30368-6537

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062-5170

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146-1837

Beverly Radiology
P.O. Box 101418
Pasadena, CA 91189-0025

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130-0285

Commercial Properties
3251 W. 6th Street #109
Los Angeles, CA 90020-5018

Commercial Properties LLC
c/o Aspen Management Attn Janice Loman
18321 Ventura Blvd Ste 200
Tarzana CA 91356-4252

Eddie Haung
20715 South Avalon Blvd Suite 225
Carson, CA 90746-3323

Equiant Financial Svcs
Attn: Bankrupty Dept
5401 N Pima Rd
Scottsdale, AZ 85250-2627

Exeter Finance Corp
222 Las Colinas Blvd W
Irving, TX 75039-5421

Exeter Finance Corp.
P.O. Box 204480
Dallas, TX 75320-4480

Fed Loan Serv
Po Box 69184
Harrisburg, PA 17106-9184

Gary D. Fidler & Chaplan LLP
2719 Wilshire Blvd 2nd Floor
Santa Monica, CA 90403-4835

Healthcare Recovery Solutions
1515 190th Street
Suite 350
Gardena, CA 90248-4910

LVNV Funding, LLC its successors and assigns
assignee of Washington Mutual Bank, NA
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lancaster Triangle LLC
2719 Wilshire Blvd 2nd Floor
Santa Monica, CA 90403-4835

Los Angeles County Sheriff
One Regent Street
Inglewood, CA 90301-6055

Northland Group
P.O. Box 390846
Mail Code SHT34
Minneapolis, MN 55439-0846

Quantum3 Group LLC as agent for
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

SRP 2012-4 LLC
c/o SN Servicing Corp.
323 5th Street
Eureka, CA 95501-0305

SRP 2012-4, LLC
c/o Seneca Mortgage Servicing LLC
611 Jamison Road
Elma, NY 14059-9392

| | | |
|---|---|---|
| Seneca Mortgage Servicin<br>3374 Walden Avneue<br>Suite 120<br>Depew, NY 14043-2437 | THE BANK OF NEW YORK MELLON<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200,<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | U. S. Department of Education<br>FedLoan Servicing<br>P. O. Box 69184<br>Harrisburg, PA 17106-9184 |
| USC Medical Center<br>File 749303<br>Los Angeles, CA 90074-0001 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |
| Wfs Financial/Wachovia Dealer Srvs<br>Po Box 3569<br>Rancho Cucamonga, CA 91729-3569 | Daniel King<br>The Attorney Group<br>3435 Wilshire Blvd Ste 1111<br>Los Angeles, CA 90010-2294 | |
| Michael Dermont Hill<br>42859 59th Street West<br>Lancaster, CA 93536-5616 | Regina Delorse Hill<br>42859 59th Street West<br>Lancaster, CA 93536-5616 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Capital One/Hsbc<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)BAYVIEW LOAN SERVICING, LLC, servicing age<br>c/o EDWARD G. SCHLOSS<br>3637 Motor Avenue, Suite 220<br>Los Angeles, CA 90034-4884 | (u)Courtesy NEF | (u)Lancaster Triangle, LLC |
| (u)SRP 2012-4 LLC | (u)The Bank of New York Mellon fka The Bank o | (u)Wells Fargo Dealer Services Inc. |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     6
Total                  46

| In re:<br>**Michael Dermont Hill**<br>**Regina Delorse Hill**<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **2:14-BK-25039-NB** |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
800 West 6th Street., Suite 940
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **PROOF OF SERVICE REGARDING (1)NOTICE OF HEARING; (2)ORDER GRANTING APPLICATION AND SETTING HEARING ONSHORTENED NOTICE; AND (3)NOTICE OF MOTION AND MOTION TO VACATE ORDER OF DISMISSAL ENTERED AUGUST 6, 2018 AND TO REINSTATE THE CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DEBTOR REGINA HILL IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/30/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE** Kathy A Dockery (TR) EFiling@LATrustee.com
**ATTORNEY FOR CREDITOR** Gary D Fidler gfidlerlaw@gmail.com
**ATTORNEY FOR CREDITOR** Marian Garza ecfnotices@ascensioncapitalgroup.com
**ATTORNEY FOR CREDITOR** Michelle R Ghidotti ECFNotifications@ghidottilaw.com
**ATTORNEY FOR CREDITOR** Merdaud Jafarnia bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
**FORMER ATTORNEY FOR DEBTORS** Daniel King dking@theattorneygroup.com, r44432@notify.bestcase.com
**ATTORNEY FOR CREDITOR** Andrew Kussmaul Andrew.Kussmaul@Bonialpc.com
**ATTORNEY FOR CREDITOR** Natalie E Lea Natalie.Lea@Bonialpc.com
**ATTORNEY FOR CREDITOR** Edward G Schloss egs2@ix.netcom.com
**ATTORNEY FOR CREDITOR** Timothy J Silverman tsilverman@scheerlawgroup.com
**ATTORNEY FOR CREDITOR** Ramesh Singh claims@recoverycorp.com
**U.S. TRUSTEE** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
**ATTORNEY FOR CREDITOR** Gagan G Vaideeswaran ecfcacb@aldridgepite.com, GGV@ecf.inforuptcy.com
**ATTORNEY FOR CREDITOR** Jennifer H Wang jwang@cookseylaw.com, jwang@ecf.courtdrive.com
**ATTORNEY FOR CREDITOR** Kristin A Zilberstein ecfnotifications@ghidottilaw.com
**ATTORNEY FOR DEBTORS** Thomas B. Ure tom@urelawfirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**9013-3.1.PROOF.SERVICE**

| In re: | CHAPTER 13 |
|---|---|
| **Michael Dermont Hill** <br> **Regina Delorse Hill** <br> Debtor(s). | CASE NUMBER |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/30/2018 | **Yolanda Segura** | /s/ Yolanda Segura |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1